CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

IVANA DJAK (NYBN 5516687)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3918
   FAX: (510) 637-3724
   ivana.djak@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 26-mj-70304-MAG [KAW] |
| Plaintiff, | STIPULATION AND ORDER AS MODIFIED CONTINUING HEARING TO JUNE 2, 2026 |
| v. | AND EXCLUDING TIME FROM MAY 18, 2026, TO JUNE 2, 2026 |
| JAMONN BLINCOE & KARWAN HARDY, | |
| Defendants. | |

This matter is presently set for arraignment on May 18, 2026. It is hereby stipulated by and between counsel for the United States and counsel for the defendant that the arraignment presently set for May 18, 2026 be continued to June 2, 2026. It is further stipulated and agreed that time be excluded under the Speedy Trial Act through June 2, 2026.

It is further stipulated that time be excluded under the Speedy Trial Act from May 18, 2026, through June 2, 2026. The government and counsel for the defendants agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing discovery and discussing possible resolutions and pleas with the defendants and the government. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until June 2, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. §

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME Case No. 26-MJ-70304

3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice are served by excluding the time from May 18, 2026, through June 2, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The parties further agree that good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). See Fed. R. Crim. P. 5.1; 18 USC §3161(b).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:        May 18, 2026                    /s/
                                               IVANA DJAK
                                               Assistant United States Attorney

DATED:        May 18, 2026                    /s/
                                               NEIL HALLINAN
                                               Counsel for Defendant Jamonn Blincoe

DATED:        May 18, 2026                    /s/
                                               KAREN MCCONVILLE
                                               Counsel for Defendant Karwan Hardy

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME Case No. 26-MJ-70304

**ORDER AS MODIFIED**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from May 18, 2026, through June 2, 2026, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 18, 2026, through June 2, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

The Court further extends the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, and extends the 30-day time period for an indictment under the Speedy Trial Act. *See* Fed. R. Crim. P. 5.1; 18 USC §3161(b).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the May 18, 2026 hearing is continued to June 2, 2026 and that time from May 18, 2026, through June 2, 2026, shall be excluded from computation under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____May 15, 2026_____

**AJAY KRISHNAN**
United States Magistrate Judge

STIPULATION AND ORDER TO CONTINUE STATUS AND EXCLUDE TIME Case No. 26-MJ-70304